## United States v. Smoker's Export Co.

**No. 5590.**—Invoices dated Montreal, Canada, September 24, 1941 and October 2, 1941.
Entered at Newark, N. J., October 7, 1941 and October 8, 1941.
Entry Nos. N 156 and N 163.

(Decided March 5, 1942)

*Paul P. Rao,* Assistant Attorney General (*Daniel I. Auster,* special attorney), for the plaintiff.
*Barnes, Richardson & Colburn,* for the defendant.

DALLINGER, Judge: These appeals to reappraisement have been submitted for decision upon the following stipulation of counsel for the parties hereto:

It is stipulated and agreed, by and between counsel for the respective parties hereto, subject to the approval of the Court, that at the time of exportation of the ferro-cerium involved herein, such or similar merchandise was freely offered for sale to all purchasers in the principal markets of the country from which exported, in the usual wholesale quantities and in the ordinary course of trade, for exportation to the United States, plus, when not included in such price, the cost of containers and coverings of whatever nature, and all other costs, charges, and expenses incident to placing the merchandise in condition, packed ready for shipment to the United States, at $11 per kilo packed, less nondutiable charges as invoiced.

It is further stipulated and agreed that there was no higher foreign value for the merchandise herein at the time of exportation.

It is further stipulated and agreed that this case may be submitted on the foregoing stipulation.

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such value is $11 per kilo packed, less nondutiable charges as invoiced. Judgment will be rendered accordingly.